

Cite as 2015 Ark. 338

# SUPREME COURT OF ARKANSAS

**Opinion Delivered** September 24, 2015

IN THE MATTER OF THE
APPOINTMENT OF A SPECIAL
JUSTICE

**PER CURIAM**

Honorable David Newbern shall be appointed as a special justice, and shall be given

authority for the express purpose of swearing in newly appointed Arkansas Supreme Court

Chief Justice Howard W. Brill on October 23, 2015.